People of the State of Illinois, Plaintiff-Defendant in Error, v. John Arthur Smith, Defendant-Plaintiff in Error.

Gen. No. 10,596.

Fourth District.

February 4, 1965.

Allen E. Overaker, Dillavou, Jones, Overaker and Schwartz, all of Paris, for plaintiff in error; Ralph S. Pearman, State's Attorney, of Paris, for defendant in error. Opinion by PRESIDING JUSTICE SMITH. Not to be published in full.